EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte:<br><br>Aprobación de Cambio de Estatus Inactivo de enero de 2026 | 2026 TSPR 19<br><br>217 DPR ___ |
|---|---|

Número del Caso:  EM-2026-0003

Fecha:  27 de febrero de 2026

Materia: Aprobación de Cambio de Estatus Inactivo de enero de 2026.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de enero de 2026

EM-2026-0003

RESOLUCIÓN

En San Juan, Puerto Rico, a  27 de febrero de 2026.

Durante el periodo de enero de 2026, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Edwin R. Bonilla Vélez | 1,871 |
| Cruz E. Estévez De González | 5,812 |
| María V. González de Molinelli | 6,909 |
| José L. Vázquez Olivo | 8,417 |
| María Del Pilar Terrasa Sales | 9,751 |
| Varlin J. Vissepó Muñoz | 13,314 |
| Lucy Iraida Negrón Fernández | 13,505 |
| Yamil Román Soto | 19,452 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo